UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER SCHUR, Individually and on Behalf of Other Credit Suisse Group AG AT1 Bondholders,<br><br>Plaintiff,<br><br>vs.<br><br>BRADY W. DOUGAN, et al.,<br><br>Defendants. | Case No. 1:23-cv-10944-CM-SLC<br><br> |
| HOHIMER WEALTH MANAGEMENT LLC, Individually and on Behalf of Other Credit Suisse Group AG AT1 Bondholders,<br><br>Plaintiff,<br><br>vs.<br><br>BRADY W. DOUGAN, et al,<br><br>~~Defendants~~ | Case No. 1:23-cv-11138-CM-SLC |

### ~~[PROPOSED]~~ FINAL ORDER OF DISMISSAL

On September 19, 2024, this Court entered an Order granting the Defendants' motions to dismiss the Complaints in the above-captioned matters. (*Schur*, 23 Cv. 10944 ECF No. 21; *Hohimer*, 23 Cv. 11138 ECF No. 22). Pursuant to the Order, the dismissal was conditioned on the Defendants' filing with the Court their written consents to jurisdiction in Zurich within fourteen days from the date of the Order. (*Id.* at 37). On October 2, 2024, the Defendants accepted and agreed to the condition and filed written consents to jurisdiction in Zurich, Switzerland. (*Schur*, 23 Cv. 10944 ECF No. 22; *Hohimer*, 23 Cv. 11138 ECF No. 23).

Accordingly, this Final Order of Dismissal is entered; the Complaints in the above-captioned matters are DISMISSED consistent with this Court's September 19, 2024 Order; and the Clerk of the Court is directed to close these matters.

**SO ORDERED.**

Dated: 12 November 2024
New York, New York

Hon. Colleen McMahon
United States District Judge