**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of January, two thousand twenty-six.

Peter Schur, Individually and on behalf of other Credit Suisse Group AG AT1 Bondholders,

    Plaintiff - Appellant,

v.

Brady W. Dougan, Eric Varvel, James L. Amine, Timothy P. O'Hara, David Miller, Brian Chin, Robert S. Shafir, Richard E. Thornburgh, Michael Klein,

    Defendants - Appellees,

Christian Meissner, Gael de Boissard, Urs Rohner, Tidjane Thiam, Thomas Gottstein, Sir Antonio Horta-Osorio, Lara J. Warner, Andreas Gottschling, Noreen Doyle,

    Defendants.

**ORDER**
Docket No. 24-2776, 24-2888

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2026

The parties in the above-referenced case have filed a stipulation withdrawing these appeals pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/12/2026